AO 442 (12/85) Warrant for Arrest

F.id: 12028512

FILED RECEIVED
ENTERED SERVED ON
10/13/2026
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

COPY

UNITED STATES OF AMERICA,

vs.

MERCEDES RESHARD NEW
**AGENT TO ARREST**

**WARRANT FOR ARREST**

2:26-mj-00770-MDC

CASE NO. 1:26-cr-00473
**UNDER SEAL**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MERCEDES RESHARD NEW and bring him or her forthwith to the magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Mail Fraud; Supplemental Nutrition Assistance Program Fraud

in violation of **Title 18, United States Code, Section(s) 1341 and 2; Title 7, United States Code, Section(s) 2024(b)(1)**

OCT 8 '26 AM11:52 USMS NGA

KEVIN P. WEIMER
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

October 8, 2026 at Atlanta, Georgia
Date and Location

Bail Fixed at $____________

By:____________
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

____________

Date Received: ____________

____________
Name and Title of Arresting Officer

Date of Arrest: ____________

____________
Signature of Arresting Officer

# CLASS II WARRANT INFORMATION SHEET

**NOTE**: Deliver all original arrest warrants to U.S. Marshal, N/GA only. The Clerk shall not issue copies of arrest warrants, whether certified or not, to any law enforcement agency. Any law enforcement agency in need of copies shall obtain them from the U.S. Marshals' Office.

**Identifying Data of Defendant:**

NAME: Mercedes Reshard New

ALIAS:

ADDRESS:

SEX: Male

RACE: Black

HEIGHT: 5'9"

WEIGHT: 180

DOB: September 26, 1987

SSN#: 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

FBI#:

AGENCY: Office of the Inspector General

AGENT: Seneka Blackwell

AGENT EMAIL: SENEKA.BLACKWELL@oig.usda.gov

AGENT CONTACT #: (954) 540-6975

AUSA: Tracia M. King

***All executed arrest warrants shall be returned to the U.S. Marshal**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT - 7 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

2:26-mj-00770-MDC

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>MERCEDES RESHARD NEW | Criminal Indictment<br>No. 1:26CR-473 |

THE GRAND JURY CHARGES THAT:

**Counts One through Forty-Six**
**(Mail Fraud)**

1. Beginning in or about January 2020 and continuing through in or about July 2026, in the Northern District of Georgia and elsewhere, the defendant, MERCEDES RESHARD NEW, aided and abetted by, and aiding and abetting, others unknown to the Grand Jury, knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, and for the purpose of executing the scheme and artifice to defraud, with the intent to defraud, knowingly caused to be delivered by mail and private and commercial interstate carriers certain matters.

## *Background*

At all times relevant to this Indictment:

2. MERCEDES RESHARD NEW (NEW) was a resident of the Northern District of Georgia.

3. Shawty Dred LLC (Shawty Dred) was owned by NEW and was authorized to accept Supplemental Nutrition Assistance Program (SNAP) benefits. Shawty Dred was located at an address on DeLowe Drive SW in Atlanta, Georgia, in the Northern District of Georgia (the DeLowe Drive address).

4. The U.S. Department of Agriculture (USDA), Food and Nutrition Service (FNS), now known as the Food and Nutrition Administration (FNA), administered the SNAP program, which provided financial assistance to qualifying individuals and families for use at authorized retail food stores. The FNS administered retailer authorization to accept SNAP benefit payments and provided oversight functions for partnering state agencies.

5. The Supplemental Nutrition Assistance Program provided monthly benefits to low-income households to help pay for the cost of food. Although SNAP benefits were fully federally funded, each state was responsible for certifying a household's eligibility and issuing SNAP benefits to certified households.

6. Individuals interested in receiving SNAP benefits would submit to the administering state agency in the state of residency an application that included

the person's name, date of birth, and Social Security number. The applicant must meet eligibility requirements to be certified to receive benefits.

7. SNAP benefits were provided through an electronic benefit transfer (EBT) system. Accordingly, states would cause an EBT debit card to be issued and mailed to the address provided by the beneficiary. SNAP benefits were credited to the EBT debit card account each month of eligibility.

8. SNAP recipients were not authorized to sell, trade, or use the benefits other than to purchase eligible food items at retailers authorized by FNS to accept SNAP benefit payments. And, only approved household members and/or authorized representative(s) could use the EBT debit card.

9. The EBT debit card operated like a standard debit card. To purchase eligible food items, the beneficiary would swipe the card through a point-of-sale device and enter the EBT debit card's personal identification number (PIN) to approve the transaction. The amount of the transaction would be deducted from the beneficiary's EBT account and credited to the retailer's associated bank account.

10. The beneficiary had the ability, via the internet and telephone, to report lost, and to request replacement, EBT debit cards. Beneficiaries could also check balances on EBT debit cards and change the PIN.

11. Retail stores seeking to participate in the SNAP program must, among other steps, complete and submit to FNS a Food and Nutrition Service Form 252, Food Stamp Application for Stores. In doing so, the retailer must agree to not

exchange cash for SNAP benefits and to not knowingly accept SNAP benefits from people not authorized to use them.

12. In Georgia, the SNAP program was administered by the Georgia Department of Human Services, Division of Family and Children Services (DFCS), which determined SNAP eligibility. Individuals seeking SNAP benefits could submit an application to DFCS in person or through Georgia's Gateway online portal. The application would include the individual's name, date of birth, and Social Security number.

13. Approved beneficiaries were issued a Georgia EBT debit card and a PIN that were mailed to the address provided by the beneficiary.

*Scheme and Artifice to Defraud*

14. NEW executed and attempted to execute a scheme to fraudulently obtain SNAP benefits by (i) fraudulently obtaining EBT debit cards in the names of other individuals without their knowledge or authorization, (ii) applying for and obtaining permission to participate in SNAP as a retailer through his company, Shawty Dred, and (iii) draining the EBT debit cards of funds through, among other methods, using his company, Shawty Dred, to execute fraudulent transactions with the fraudulently obtained EBT debit cards.

15. False and fraudulent applications for SNAP benefits were submitted to DFCS. The applications were false and fraudulent because they listed the names, dates of birth, and Social Security numbers of unwitting individuals who did not authorize the use of their personal identifying information.

16. For false and fraudulent applications that were approved, an EBT account would be established, and an EBT debit card would issue to the beneficiary listed on the newly created EBT account.

17. NEW caused EBT debit cards issued pursuant to this scheme to be mailed to various addresses in metro Atlanta, including addresses associated with NEW.

18. NEW accessed, and caused to be accessed, EBT account information to review, among other things, account balances.

19. NEW also accessed, and caused to be accessed, EBT accounts to report the loss of EBT debit cards and to request replacement cards. When NEW requested replacement cards, he provided or otherwise confirmed the mailing address for the delivery of the EBT debit cards. Addresses used pursuant to this fraud scheme include the following, all of which were located in the Northern District of Georgia:

- An address on Arlington Ave. SW, in Atlanta, Georgia (the Arlington Avenue address);
- An address on Spink Street NW, in Atlanta, Georgia (the Spink Street address);
- An address on Beeler Drive SW, in Atlanta, Georgia (the Beeler Drive address); and
- An address on DeLowe Dr. SW, in Atlanta, Georgia (the DeLowe Drive address).

20. In some instances, NEW used EBT debit cards to obtain cash.

21. Additionally, in some instances, NEW caused SNAP benefits to be deposited directly into a bank account that NEW controlled.

22. On or about January 10, 2024, NEW completed, electronically signed, and submitted to FNS a Food and Nutrition Service Form 252, Food Stamp Application for Stores, seeking authorization for NEW's business, Shawty Dred, to accept SNAP EBT payments. The form listed NEW as the sole proprietor of Shawty Dred and the business address as the DeLowe Drive address.

23. By signing and submitting the Form 252, NEW certified the following, among other things:

> I accept responsibility on behalf of the firm for violations of the Food Stamp Program regulations, including those committed by any of the firm's employees, paid or unpaid, new, full-time or part-time. These include violations such as, but not limited to:
>
> - Trading cash for Supplemental Nutrition Assistance benefits (i.e. trafficking);
>
> . . .
>
> - Knowingly accepting Supplemental Nutrition Assistance benefits from people not authorized to use them.

24. On or about March 26, 2024, FNS authorized Shawty Dred to accept SNAP EBT payments. NEW accordingly obtained a point-of-sale device that allowed NEW to swipe EBT debit cards at his business.

25. NEW caused numerous EBT debit cards to be mailed to the Shawty Dred store located at the DeLowe Drive address. For example, the following EBT debit cards were mailed to the DeLowe Drive address:

| Date Mailed (on or about) | Description of the Mailing |
|---|---|
| May 8, 2024 | EBT debit card ending in #8925 that was issued to B. P. |
| May 13, 2024 | EBT debit card ending in #7790 that was issued to H. B. |
| May 12, 2024 | EBT debit card ending in #1371 that was issued to C. P. |
| May 12, 2024 | EBT debit card ending in #1496 that was issued to D. Ra. |
| May 12, 2024 | EBT debit card ending in #2098 that was issued to J. B. |
| May 12, 2024 | EBT debit card ending in #1330 that was issued to J. H. |
| May 12, 2024 | EBT debit card ending in #1413 that was issued to R. M. |
| May 12, 2024 | EBT debit card ending in #0712 that was issued to S. A. |
| May 18, 2024 | EBT debit card ending in #4251 that was issued to B. A. |
| May 18, 2024 | EBT debit card ending in #4012 that was issued to J. C. |
| May 18, 2024 | EBT debit card ending in #6272 that was issued to M. O. |
| May 19, 2024 | EBT debit card ending in #8997 that was issued to L. L. |
| January 13, 2025 | EBT debit card ending in #7188 that was issued to D. R. |

| Date Mailed (on or about) | Description of the Mailing |
|---|---|
| January 17, 2025 | EBT debit card ending in #3550 that was issued to S. E. |
| May 15, 2025 | EBT debit card ending in #7561 that was issued to J. C. |
| December 3, 2025 | EBT debit card ending in #3645 that was issued to H. B. |
| December 3, 2025 | EBT debit card ending in #3587 that was issued to J. B. |
| December 3, 2025 | EBT debit card ending in #3637 that was issued to J. C. |
| December 3, 2025 | EBT debit card ending in #3736 that was issued to S. A. |
| December 3, 2025 | EBT debit card ending in #3546 that was issued to R. M. |
| December 11, 2025 | EBT debit card ending in #3407 that was issued to L. L. |
| December 11, 2025 | EBT debit card ending in #3423 that was issued to M. O. |
| December 18, 2025 | EBT debit card ending in #4070 that was issued to B. A. |
| December 18, 2025 | EBT debit card ending in #4062 that was issued to B. P. |
| December 18, 2025 | EBT debit card ending in #4047 that was issued to D. R. |
| December 18, 2025 | EBT debit card ending in #4088 that was issued to D. Ra. |
| March 5, 2026 | EBT debit card ending in #5991 that was issued to S. E. |

26. NEW caused many of these EBT debit cards and other EBT debit cards to be swiped through his EBT point-of-sale device, which made the transactions appear to be legitimate EBT debit card transactions. In truth and in fact, NEW was executing fraudulent transactions that transferred EBT debit card funds to

Shawty Dred's Bank of America bank account ending in #6992 that was controlled by NEW.

27. From in or about April 2024 through in or about November 2025, NEW fraudulently caused approximately $660,000 in SNAP benefits to be electronically transferred to the Shawty Dred Bank of America bank account ending in #6992. The funds were then used for the personal benefit of NEW, to include vacations and the purchase of clothes and jewelry.

28. NEW also used fraudulently obtained EBT debit cards to conduct transactions at stores. For example, on or about November 29, 2025, NEW used the following EBT debit cards at a Walmart store located in the Northen District of Georgia to purchase food items for individuals other than the listed cardholder(s) in exchange for payment:

- Georgia EBT debit card ending in #4251 that was issued to B. A.
- Georgia EBT debit card ending in #0712 that was issued to S. A.
- Georgia EBT debit card ending in #7790 that was issued to H. B.
- Georgia EBT debit card ending in #2098 that was issued to J. B.
- Georgia EBT debit card ending in #7561 that was issued to J. C.
- Georgia EBT debit card ending in #3550 that was issued to S. E.
- Georgia EBT debit card ending in #1330 that was issued to J. H.
- Georgia EBT debit card ending in #8997 that was issued to L. L.
- Georgia EBT debit card ending in #1413 that was issued to R. M.
- Georgia EBT debit card ending in #6272 that was issued to M. O.
- Georgia EBT debit card ending in #8925 that was issued to B. P.

- Georgia EBT debit card ending in #1371 that was issued to C. P.
- Georgia EBT debit card ending in #7188 that was issued to D. R.
- Georgia EBT debit card ending in #1496 that was issued to D. Ra.

29. As a result of the fraud scheme, more than 340 fraudulent SNAP accounts were established and DFCS mailed hundreds of EBT debit cards and replacement EBT debit cards to various metro-Atlanta addresses.

30. Additionally, as a result of the fraud scheme, DFCS was duped into electronically transferring approximately $4,600,000 in SNAP benefits to fraudulently established EBT accounts between in or about January 2020 and in or about July 2026. EBT debit cards issued pursuant to these accounts were fraudulently used to conduct transactions totaling more than $4,000,000.

*Execution of the Scheme*

31. On or about the dates set forth below, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, the defendant, MERCEDES RESHARD NEW, aided and abetted by, and aiding and abetting, others unknown to the Grand Jury, did, with intent to defraud, cause the EBT debit cards identified below to be delivered by mail via the U.S. Postal Service and by private and commercial interstate carrier to addresses according to the directions thereon:

| Count | Date Mailed (on or about) | Description of the Mailing | Mailing Address |
|---|---|---|---|
| One | March 24, 2026 | Georgia EBT debit card ending in #4731 that was issued to MERCEDES R. NEW | DeLowe Drive address |
| Two | July 25, 2022 | Georgia EBT debit card ending in #9199 that was issued to B. A. | Beeler Drive address |
| Three | September 8, 2023 | Georgia EBT debit card ending in #0007 that was issued to B. A. | Spink Street address |
| Four | May 18, 2024 | Georgia EBT debit card ending in #4251 that was issued to B. A. | DeLowe Drive address |
| Five | December 18, 2025 | Georgia EBT debit card ending in #4070 that was issued to B. A. | DeLowe Drive address |
| Six | December 28, 2022 | Georgia EBT debit card ending in #8775 that was issued to S. A. | Beeler Drive address |
| Seven | September 21, 2023 | Georgia EBT debit card ending in #8644 that was issued to S. A. | Spink Street address |
| Eight | May 12, 2024 | Georgia EBT debit card ending in #0712 that was issued to S. A. | DeLowe Drive address |
| Nine | December 3, 2025 | Georgia EBT debit card ending in #3736 that was issued to S. A. | DeLowe Drive address |
| Ten | April 30, 2023 | Georgia EBT debit card ending in #0929 that was issued to H. B. | Arlington Avenue address |
| Eleven | May 13, 2024 | Georgia EBT debit card ending in #7790 that was issued to H. B. | DeLowe Drive address |

| Count | Date Mailed (on or about) | Description of the Mailing | Mailing Address |
|---|---|---|---|
| Twelve | December 3, 2025 | Georgia EBT debit card ending in #3645 that was issued to H. B. | DeLowe Drive address |
| Thirteen | January 2, 2023 | Georgia EBT debit card ending in #5766 that was issued to J. B. | Beeler Drive address |
| Fourteen | May 12, 2024 | Georgia EBT debit card ending in #2098 that was issued to J. B. | DeLowe Drive address |
| Fifteen | December 3, 2025 | Georgia EBT debit card ending in #3587 that was issued to J. B. | DeLowe Drive address |
| Sixteen | August 30, 2023 | Georgia EBT debit card ending in #1679 that was issued to J. C. | Beeler Drive address |
| Seventeen | May 18, 2024 | Georgia EBT debit card ending in #4012 that was issued to J. C. | DeLowe Drive address |
| Eighteen | May 15, 2025 | Georgia EBT debit card ending in #7561 that was issued to J. C. | DeLowe Drive address |
| Nineteen | December 3, 2025 | Georgia EBT debit card ending in #3637 that was issued to J. C. | DeLowe Drive address |
| Twenty | July 14, 2022 | Georgia EBT debit card ending in #3469 that was issued to S. E. | Beeler Drive address |
| Twenty-One | January 17, 2025 | Georgia EBT debit card ending in #3550 that was issued to S. E. | DeLowe Drive address |
| Twenty-Two | March 5, 2026 | Georgia EBT debit card ending in #5991 that was issued to S. E. | DeLowe Drive address |

| Count | Date Mailed (on or about) | Description of the Mailing | Mailing Address |
|---|---|---|---|
| Twenty-Three | October 22, 2022 | Georgia EBT debit card ending in #4816 that was issued to J. H. | Beeler Drive address |
| Twenty-Four | August 22, 2023 | Georgia EBT debit card ending in #4774 that was issued to J. H. | Beeler Drive address |
| Twenty-Five | May 12, 2024 | Georgia EBT debit card ending in #1330 that was issued to J. H. | DeLowe Drive address |
| Twenty-Six | May 1, 2023 | Georgia EBT debit card ending in #0993 that was issued to L. L. | Arlington Avenue address |
| Twenty-Seven | May 19, 2024 | Georgia EBT debit card ending in #8997 that was issued to L. L. | DeLowe Drive address |
| Twenty-Eight | December 11, 2025 | Georgia EBT debit card ending in #3407 that was issued to L. L. | DeLowe Drive address |
| Twenty-Nine | February 17, 2023 | Georgia EBT debit card ending in #8998 that was issued to R. M. | Beeler Drive address |
| Thirty | May 12, 2024 | Georgia EBT debit card ending in #1413 that was issued to R. M. | DeLowe Drive address |
| Thirty-One | December 3, 2025 | Georgia EBT debit card ending in #3546 that was issued to R. M. | DeLowe Drive address |
| Thirty-Two | May 15, 2023 | Georgia EBT debit card ending in #5863 that was issued to M. O. | Spink Street address |
| Thirty-Three | May 18, 2024 | Georgia EBT debit card ending in #6272 that was issued to M. O. | DeLowe Drive address |

| Count | Date Mailed (on or about) | Description of the Mailing | Mailing Address |
|---|---|---|---|
| Thirty-Four | December 11, 2025 | Georgia EBT debit card ending in #3423 that was issued to M. O. | DeLowe Drive address |
| Thirty-Five | March 2, 2022 | Georgia EBT debit card ending in #9696 that was issued to B. P. | Arlington Avenue address |
| Thirty-Six | May 8, 2024 | Georgia EBT debit card ending in #8925 that was issued to B. P. | DeLowe Drive address |
| Thirty-Seven | December 18, 2025 | Georgia EBT debit card ending in #4062 that was issued to B. P. | DeLowe Drive address |
| Thirty-Eight | March 24, 2023 | Georgia EBT debit card ending in #4436 that was issued to C. P. | Arlington Avenue address |
| Thirty-Nine | May 12, 2024 | Georgia EBT debit card ending in #1371 that was issued to C. P. | DeLowe Drive address |
| Forty | January 22, 2023 | Georgia EBT debit card ending in #7216 that was issued to D. R. | Arlington Avenue address |
| Forty-One | October 28, 2023 | Georgia EBT debit card ending in #8264 that was issued to D. R. | Beeler Drive address |
| Forty-Two | January 13, 2025 | Georgia EBT debit card ending in #7188 that was issued to D. R. | DeLowe Drive address |
| Forty-Three | December 18, 2025 | Georgia EBT debit card ending in #4047 that was issued to D. R. | DeLowe Drive address |
| Forty-Four | April 30, 2023 | Georgia EBT debit card ending in #1018 that was issued to D. Ra. | Beeler Drive address |

| Count | Date Mailed (on or about) | Description of the Mailing | Mailing Address |
|---|---|---|---|
| Forty-Five | May 12, 2024 | Georgia EBT debit card ending in #1496 that was issued to D. Ra. | DeLowe Drive address |
| Forty-Six | December 18, 2025 | Georgia EBT debit card ending in #4088 that was issued to D. Ra. | DeLowe Drive address |

All in violation of Title 18, United States Code, Sections 1341 and 2.

**Count Forty-Seven**
**(Supplemental Nutrition Assistance Program Fraud)**

32. The Grand Jury hereby re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 30 of this Indictment as if fully set forth herein.

33. From on or about March 26, 2024, through on or about December 31, 2025, in the Northern District of Georgia and elsewhere, the defendant, MERCEDES RESHARD NEW, doing business as Shawty Dred, aided and abetted by, and aiding and abetting, others unknown to the Grand Jury, did knowingly use, transfer, acquire, and possess benefits with a value of at least $5,000, that being, approximately $660,000 in SNAP benefits, in a manner contrary to Chapter 51 of Title 7 of the United States Code and the regulations promulgated thereunder.

All in violation of Title 7, United States Code, Section 2024(b)(1), and Title 18, United States Code, Section 2.

**Count Forty-Eight**
**(Illegal Transactions with Access Devices)**

34. The Grand Jury hereby re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 30 of this Indictment as if fully set forth herein.

35. On or about April 5, 2025, in the Northern District of Georgia and elsewhere, the defendant, MERCEDES RESHARD NEW, aided and abetted by, and aiding and abetting, others unknown to the Grand Jury, knowingly and with intent to defraud did effect transactions with access devices issued to other persons, namely EBT debit cards issued to B. A., S. A., H. B., J. B., J. C., S. E., J. H., L. L., R. M., M. O., B. P., C. P., D. R., and D. Ra., to receive payments and other things of value aggregating at least $1,000 during a one-year period, beginning on or about April 1, 2025, and ending on or about March 31, 2026, said conduct affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(5) and 2.

**Counts Forty-Nine through Sixty-Three**
**(Aggravated Identity Theft)**

36. The Grand Jury hereby re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 30 of this Indictment as if fully set forth herein.

37. On or about the dates set forth in the following table, in the Northern District of Georgia, the defendant, MERCEDES RESHARD NEW, aided and

abetted by, and aiding and abetting, others unknown to the Grand Jury, did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security number of each individual identified below, during and in relation to the specified predicate felony listed below:

| Count | Date (on or about) | Individual Victim | Predicate Felony |
|---|---|---|---|
| Forty-Nine | January 2, 2023 | J. B. | Mail Fraud alleged in Count Thirteen |
| Fifty | May 12, 2024 | J. B. | Mail Fraud alleged in Count Fourteen |
| Fifty-One | December 3, 2025 | J. B. | Mail Fraud alleged in Count Fifteen |
| Fifty-Two | April 5, 2025 | J. B. | Illegal Transactions with Access Devices alleged in Count Forty-Eight |
| Fifty-Three | July 14, 2022 | S. E. | Mail Fraud alleged in Count Twenty |
| Fifty-Four | January 17, 2025 | S. E. | Mail Fraud alleged in Count Twenty-One |
| Fifty-Five | March 5, 2026 | S. E. | Mail Fraud alleged in Count Twenty-Two |
| Fifty-Six | April 5, 2025 | S. E. | Illegal Transactions with Access Devices alleged in Count Forty-Eight |
| Fifty-Seven | March 24, 2023 | C. P. | Mail Fraud alleged in Count Thirty-Eight |
| Fifty-Eight | May 12, 2024 | C. P. | Mail Fraud alleged in Count Thirty-Nine |
| Fifty-Nine | April 5, 2025 | C. P. | Illegal Transactions with Access Devices alleged in Count Forty-Eight |

| Count | Date (on or about) | Individual Victim | Predicate Felony |
|---|---|---|---|
| Sixty | April 30, 2023 | D. Ra. | Mail Fraud alleged in Count Forty-Four |
| Sixty-One | May 12, 2024 | D. Ra. | Mail Fraud alleged in Count Forty-Five |
| Sixty-Two | December 18, 2025 | D. Ra. | Mail Fraud alleged in Count Forty-Six |
| Sixty-Three | April 5, 2025 | D. Ra. | Illegal Transactions with Access Devices alleged in Count Forty-Eight |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**FORFEITURE**

38. Upon conviction of one or more of the offenses alleged in Counts One through Forty-Six of this Indictment, the defendant, MERCEDES RESHARD NEW, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 18, United States Code, Section 2461(c), any property, real or personal, constituting, or derived from, proceeds traceable to the offenses.

39. Upon conviction of the offense alleged in alleged in Count Forty-Seven of this Indictment, the defendant, MERCEDES RESHARD NEW, shall forfeit to the United States of America, pursuant to Title 7, United States Code, Section 2024(f), any property, real or personal, used in a transaction or attempted transaction to commit or facilitate the commission of the offense, and any proceeds traceable to the offense.

40. Upon conviction of the offense in alleged in Count Forty-Eight of this Indictment, the defendant, MERCEDES RESHARD NEW, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c), any property constituting or derived from proceeds the defendant obtained, directly or indirectly, as a result of such offenses, and any personal property used or intended to be used to commit such offenses.

41. The property subject to forfeiture includes, but is not limited to, a forfeiture money judgment representing the amount of proceeds the defendant obtained, directly or indirectly, as a result of the offenses for which forfeiture is authorized.

42. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c),

and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL

J Boyd
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

TRACIA M. KING
*Assistant United States Attorney*
Georgia Bar No. 421380

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181